# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALKER, CHARLES M. | USBC (M.D. TENN.) | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

701 BROADWAY
CUSTOMS HOUSE, 2D FLOOR
NASHVILLE, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | G Investment Group |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 30 - Nov. 2, 2019 | Washington, DC | Speaker at CLE Seminar | Food, lodging and travel |
| 2. | Judicial Conf. Comm. on Adm of Bankr. System, Roadway to Federal Bench | Oct. 24 - 25, 2019 | Atlanta, GA | Speaker at CLE Seminar | Food, lodging and travel |
| 3. | Federal Judicial Center Workshop | July 7 - 10, 2019 | New York, NY | Speaker at CLE Seminar | Food, lodging and travel |
| 4. | Federal Judicial Center Workshop | April 23 - 26, 2019 | Boston, MA | Speaker at CLE Seminar | Food, lodging and travel |
| 5. | Law Economics Center, George Mason Univ. | April 14 - 16, 2019 | Arlington, DC | Attendee | Travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **WALKER, CHARLES M.** | 05/15/2020 |

| 6. | Tennessee Bar Ass'n | April 5 - 7, 2019 | Gatlinburg, TN | Speaker at CLE seminar | Food, lodging and travel |
|---|---|---|---|---|---|
| 7. | American Bankruptcy Institute | Feb. 6 - 8, 2019 | Tampa, FL | Speaker at CLE Seminar | Food, lodging and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  PIMCO INCM CL A | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 2.  ALPS SECTOR DIVIDEND DOGS ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 3.  GUGGENHEIM S&P 500 EQUALWEI UTI ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 4.  POWERSHARES SENIOR LOAN ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 5.  PIMCO 0-5 YEAR HIGH YLD BND IDX ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 6.  POWERSHARES INTL DVDND ACHVRS ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 7.  DIREXION NASDAQ 100 EQL WGHT IDX ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 8.  SPDR BLMBERG BRCLY CONV SECRT ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 9.  WISDOMTREE US SMALLCAP DVD GRW ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 10. ALPS EMERGING SECTOR DVDDOGS ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 11. CHARLES SCHWAB US REIT ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 12. SCHWAB INT'L EQUITY ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 13. SCHWAB EMERGING MARKETS EQUITY ETF | A | Dividend | J | T | | | | | |
| 14. CHARLES SCHWAB US MC ETF | A | Dividend | J | T | | | | | |
| 15. SCHWAB US SMALL CAP ETF | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 16. WISDMTRE US SMLCP QLT DIV GRW ETF IV | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 17. AQR LONG SHORT EQTY FD CL N | A | Dividend | | | Sold | 12/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, CHARLES M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. MADISON COVERED CALL & EQTY INCM Y | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 19. FTEC FIDELITY MSCI INFO TECH | A | Dividend | J | T | | | | | |
| 20. IUSV ISHARES CORE US VALUE ET | A | Dividend | J | T | | | | | |
| 21. USMV ISHARES EDGE MSCI MIN VO | A | Dividend | J | T | | | | | |
| 22. LQD ISHARES IBOXX INVT GRADE | A | Dividend | J | T | | | | | |
| 23. IHI ISHARES US MEDICAL DEVC | A | Dividend | J | T | | | | | |
| 24. GOVT ISHARES US TREASURY BON | A | Dividend | J | T | | | | | |
| 25. SCHE SCHWAB EMERGING MARKET | A | Dividend | J | T | | | | | |
| 26. SCHF SCHWAB INT'L EQ | A | Dividend | J | T | | | | | |
| 27. SCHB SCHWAB US BROAD MARKET | A | Dividend | J | T | | | | | |
| 28. SCHX SCHWAB US LARGE CAP ETF | A | Dividend | J | T | | | | | |
| 29. SPTL SPDR LONG TERM TREASURY | A | Dividend | J | T | | | | | |
| 30. SPSB SPDR SHORT TERM CORP | A | Dividend | J | T | | | | | |
| 31. BSV VANBUARD SHORT TERM BO | A | Dividend | J | T | | | | | |
| 32. SWVXX SCHWAB VALUE ADVANTAGE | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALKER, CHARLES M.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **WALKER, CHARLES M.** | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES M. WALKER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544